ERICKA HUGGINS ET AL. *v.* HON. AARON J. PALMER, JUDGE OF THE SUPERIOR COURT

The motion by the plaintiffs entitled "Motion for Leave to File Petition for Writ or Mandamus and/or Petition for Writ of Prohibition" is granted, and the petition annexed thereto is dismissed for lack of jurisdiction.

*Catherine G. Roraback,* in support of the motion.

Submitted November 28—decided December 3, 1969

JERRYL L. KEANE *v.* JOHN D. CUCURELLO ET AL.

The motion by the plaintiff for a reruling on her request for a transcript in the appeal from the Superior Court in Fairfield County is denied.

*Jerryl L. Keane,* pro se, on the motion.

Submitted December 2—decided December 3, 1969

The request by the plaintiff entitled "Amendment to the Plaintiff's Motion for Re-Ruling on Transcript and Motion to Re-Argue the Defendant's Motion to Deny the Appeal" is denied.

*Jerryl L. Keane,* pro se, on the amendment.

Submitted December 3—decided December 3, 1969